# Sapone & Schietroma, P.C.

One Penn Plaza, Suite 5315
New York, New York 10119

———

Telephone: (212) 974-0600
Facsimile: (212) 563-1940

*SUBMITTED BY ECF*

June 30, 2008

Honorable Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States of America v.s. Arthur Dozortsev
               07 Cr. 736 (S-2) (CPS)

Dear Judge Sifton:

      I am retained counsel to defendant Arthur Dozortsev. I write to join in the discovery motions submitted by Gerald L. Shargel, Esq., on behalf of defendant Ricardo Fanchini.

      We wish to join in Mr. Fanchini's motion, because the government recently moved to consolidate Mr. Dozortsev's case with Mr. Fanchini's, and on June 19, 2008, the government filed a Superceding Indictment under case number 07-CR-736, adding Mr. Dozortsev to two counts of the Indictment. Under the Superceding Indictment, Mr. Dozortsev is charged with participating in a money laundering conspiracy between 1990 and October 2007, adding approximately sixteen years to the duration alleged in United States v. Arthur Dozortsev, 08 Cr. 44 (S-1)(CPS).

      By his discovery motion, Mr. Fanchini requests access to foreign investigative files in the government's custody; directing the government to produce translations of all discoverable foreign language documents in advance of the pretrial motions return date and setting a date certain for the completion of discovery. Relative to those discovery motions, we adopt, as if set forth herein, the arguments contained in Mr. Fanchini's Memorandum of Law.

       In addition to joining in Mr. Fanchini's discovery motions, we also request production of the same discovery previously provided to Mr. Fanchini.

       The Court's consideration of this request is greatly appreciated.

                                Respectfully submitted,

                                _____/s_____
                                Edward V. Sapone (ES-2335)
                                Attorney for Defendant
                                Arthur Dozortsev

cc:    AUSA Steven Tiscione (Via ECF)