

# PROJECT NESHAMA

### Chabad Lubavitch of W Brighton Beach - Manhattan Beach
2997 Ocean Parkway * Brooklyn, NY 11235
Tel: 718-946-9833
www.ProjectNeshama.com

December 26, 2008

Honorable Charles P Sifton
United States District Court
Eastern District of NY
225 Cadman Plaza E
Brooklyn, NY 11201

Dear Sir,

My name is Rabbi Avrohom Winner, the Chabad Lubavitch representative to the Brighton Beach and Manhattan Beach communities in Brooklyn, NY. As you may be well aware of the Brighton Beach and Manhattan Beach community is a very Jewish Russian community, I know and I see again and again the émigré families from the Ukraine and the FSU who came here with a very minimal Jewish traditional background due to the persecution and discrimination that the Soviet Union had on them, preventing them from being able to practice their Jewish heritage. Nevertheless, once coming here to the United States a country of religious freedom they were excited and anticipated the ability to openly be able to practice, even if in a small way, their Jewish heritage. The ability to memorialize their loved ones in a synagogue or to join the prayers on the high holidays or on a weekly basis on the Sabbath without the fear of anti Semitism was and is something that they continuously appreciate and love about this great country.

I have the privilege of knowing the Dozortsev family quite well, they are a kind and giving family, going out of their way to help others. Mr and Mrs Eugene and Susan Dozortsev instilled in their kids true morals and values and it was through my work on behalf of the community that I came to know the Dozortsev's and their family business – Dozortsev & Sons.

Their son **Arthur Dozortsev** is a bright and kind young man. Raised and inspired by his parents to be a good natured and compassionate person. He is a great asset to mankind in general and to the Jewish community in particular. Especially in these turbulent times we come to realize and recognize good people and their gift of knowing how to assist and help others.

May G-d bless us all with health and happiness to live as free people in our beautiful country.

Sincerely,

Rabbi Avrohom Winner
Director

HONORABLE CHARLES S. SIFTON

US DISTRICT COURT

EASTERN DISTRICT ON NEW YORK

225 CADMAN PLAZA

BROOKLYN, NY, 11201

RE: UNITED STATES  v. Arthur Dozortsev

December 4, 2008

Dear Judge Sifton,

I provide this letter in support of my friend, Arthur Dozortsev, whose matter is currently pending before your office. My name is Aleksandr Aksenov and I am graphic designer and owner of Universal Creative Design company in NYC. My family immigrated from Odessa, Ukraine in 1989.  Arthur and I were born in the same city and our families have been friends for almost 40 years. They are the people who did everything possible in order for my family to come to safety in the USA. But we are not the only ones – Arthur and his family offered help to everyone. This is the kind of family he grew up in. He was taught right ideals and traditions.

I was 14 years old when I came to the US. Arthur has been my friend through these years. He is the one I turned for help in difficult situations in high school and college. On number of occasions Arthur would come to help me and my friends. I remember how we had an accident on Verrazano Bridge.  It was late at night in winter of 1998. I called Arthur and he came over immediately.

It has been quite a shock for all of us to learn that Arthur is in trouble. He has always been very bright, hardworking and devoted person. Dozortsev family is in very difficult situation today - one of his grandmothers passed away and the other one is very ill. His family needs him now more than ever. Arthur is not only great brother, son, grandson, uncle and friend. He is real valuable asset of our community. It is my sincere opinion that Arthur deserves some indulgence. Your consideration is greatly appreciated.

Respectfully yours,

Aleksandr Aksenov

(347)          (212)          brandlabs#gmail.com



OFFICE OF THE BROOKLYN BOROUGH PRESIDENT

July 21, 2008

Honorable Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY  11201

Honorable Charles P. Sifton:

I have the privilege of knowing Mr. Eugene Dozortsev for a number of years.  During that time I have always been amazed at his level of commitment to his family and community.

In addition to running a successful internationally acclaimed business Dozortsev and Sons Georgian Wines Company, Eugene Dozortsev always finds time to get involved in his local community, adopting many charitable causes addressing the needs of seniors, Holocaust survivors, local synagogues and community organizations. Unlike many people these days, whenever he adopts a cause he is guaranteed to be highly committed.  He has been an initiator and founder of numerous impressive efforts.

I was asked by Mr. Dozortsev to write a letter of support on behalf of his children in relation to the situation at hand. Although I did not have an occasion to personally meet them, it is my sincere hope that as parents, Laura and Eugene Dozortsev were able to pass on those exact qualities to their sons, Nick and Arthur.

If you require any additional information regarding this matter, please fee to contact me or my office at 718-802-3700.

Sincerely,

Marty Markowitz

MM/bv



**CARL KRUGER**
SENATOR
PART OF KINGS COUNTY

**LEGISLATIVE OFFICE BUILDING**
ROOM 803
ALBANY, NEW YORK 12247
TELEPHONE: (518) 455-2460

**DISTRICT OFFICE**
2201 AVENUE U
BROOKLYN, NEW YORK 11229
TELEPHONE: (718) 743-8610

EMAIL ADDRESS
KRUGER@SENATE.STATE.NY.US

THE SENATE
STATE OF NEW YORK

CHAIR
SOCIAL SERVICES, CHILDREN & FAMILIES
COMMITTEES
AGING
CRIME VICTIMS, CRIME & CORRECTION
ENERGY & TELECOMMUNICATIONS
FINANCE
INSURANCE
VETERANS, HOMELAND SECURITY
& MILITARY AFFAIRS

January 29, 2009

Judge Charles P. Sifton
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Sifton:

I am writing to you regarding Arthur Dozortsev.

I have been acquainted with the Dozortsev family for a number of years. I know them to be longstanding members of the Brighton Beach community, which I represent in the Senate. Arthur's father, Eugene, is a local businessman with strong ties to the neighborhood and a history of service to his community.

As the Senator who represents the largest Russian-speaking constituency in the state, I can attest to the strong sense of fellowship and compassion among members of the Russian-speaking community. I know Eugene Dozortsev and his family have reached out and done much to assist fellow Russian-speaking immigrants in adjusting to life in the United States, which is an often difficult transition. The assistance of Eugene Dozortsev and his family has made a difference in many lives.

Kindly take this matter under consideration.

Sincerely,

Carl Kruger
Member of Senate



# B R I S · A V R O H O M

ברית · אברהם

**BRIS AVROHOM CENTER**
**CONGREGATION SHOMREI TORAH**
**OHEL YOSEF YITZCHOK**

910 SALEM AVENUE
HILLSIDE, NEW JERSEY 07205
Tel. (908) 289-0770
WWW.BRISAVROHOM.ORG

### A C T I V I T I E S

Brissin, Cheder Education, Talmud Torah, Bar-Mitzvohs, Tefillin, Camps, Library, Holiday Gatherings, Passover Sedorim, Kashrus, Public Menorahs, Family Counseling, Synagogue, Mezzuzahs, Hospital Visits, Pidyon Haben, Free Loan, Social Events, Kolel Tiferes Zekanim – "Levi Yitzchok" (Adult Education), Chupas and Wedding Ceremonies, Publications, Russian Chumash and Siddur.

ב"ה

**BOARD OF DIRECTORS**
JOSEPH DEUTSCH, M.D.
*Chairman of the Board*
DANNY KAHANE
*Chairman, Executive Committee*
MILTON GRALLA
TED WEINBERGER
*Honorary Chairmen*
MORRIS KAPLAN
*President*
ALAN PINES
*Exec. Vice President*
JACOB ROSENBAUM, ע"ה
DAVID SCHARF
FRANKLYN H. SNITOW, ESQ.
*Honorary Presidents*
NATHAN BRAUN
MOSHE FURER
*Vice Presidents*
BELLE ROSENBAUM, Ph.D.
*Treasurer*
SHTERNEY KANELSKY
*Associate Director, Cheder Principal*
SHELDON BORGEN
JOEL E. DANISHEFSKY
DANIEL FEDERBUSH
SIMON GARBER
DR. JOSEPH GELIEBTER
MARK GINZBURG
PETER GLAZMAN
DR. DOV GOLDMAN
RICHARD GROSSMAN
DAVID HALPERN
ANATOL HILLER
MARTIN KAUFMAN
LEON KOZAK
YOSEF Y. LAINE
IGOR LAUREN
AARON LIBERMAN
WALTER OBERLANDER
GREGORY RAYKHER
YAN RUSANOV
RICHARD SAMUEL, ESQ.
JACK SCHIFF
ROBERT SCHIFF
RONNIE STERN
DR. JACK STROH

**HONORARY BOARD**
GARY D. AMBROSE
YAKOV BRAFMAN
DAVID DUBROW
MICHAEL EDELMAN
PHIL FRIEDMAN
SAMUEL D. FRIEDMAN
SHIRLEY GRALLA
ARCADY KHALIMSKY
WARREN LEVIE
YURIE LIBSON
STAN LIEBMAN
DAVID MINTZ
TZVI ODZER
ALEX ROVT
DR. YEHUDA SCHORR
BERNARD SILVERSTEIN
EDWARD SLININ
NORMAN STARK
EUGENE VOLYNETS
RABBI BENJAMIN YUDIN

RABBI MORDECHAI KANELSKY
*Executive Director*
RABBI ELIYAHU SHAIN
*Certified Mohel*
RABBI BERELE ZALTZMAN
*Community Development Director*
RABBI BARUCH LEPKIVKER
*Program Director*
RABBI DOVID WILANSKY
*Administrator*
RABBI MENDEL ZALTZMAN
*Youth Director*
RABBI YOSSI KANELSKY
*Outreach Director*

January 21, 2009

Honorable Charles P. Sifton
United States District Court
Easter District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Arthur Dozortsev

Dear Sir,

I am writing this letter on behalf of Mr. Arthru Dozortsev. I have known his father, Eugene Dozortsev, and his family for over twenty years.

I am the executive director of Bris Avrohom, an organization that provides services, education and support to Jews from the Former Soviet Union. Since 1979, Bris Avrohom has touched the lives of more than 30,000 immigrants and reacquainted a lost generation with its unique Jewish heritage. Through these efforts, Bris Avrohom nurtures and affects the spiritual lives of thousands of individuals throughout New Jersey and beyond.

The Dozortsev family has been involved with our organization for many years and I have found the entire family to be very fine, generous, honest people who are hardworking individuals. Every member of this family will go out of their way to help others. Eugene and his wife have raised their children with high morals and honest values, setting excellent examples of how to be a good person.

I know that Arthur Dozortsev is an asset to his family and society. I respectfully request that you to take this into consideration when reviewing his case.

Thank you.

Sincerely,

Rabbi Mordechai Kanelsky
Executive Director

**Marina Kovalyov**
█████████████████  **New York, NY** ████

July 13, 2008

Honorable Charles P. Sifton
United States District Court
For the Eastern District of New York
225 Gadman Plaza
East Brooklyn, NY 11201

**RE:    UNITED STATES v. Arthur Dozortsev**

Dear Judge Sifton:

My name is Marina Kovalyov and for the past 30 years I have been one of the leaders of the Russian-American Jewish community of New York. I serve on the boards of several major philanthropic organizations including UJA (United Jewish Appeal) – Russian Division and have been recently asked to join the board of the Jewish Week. I have been on the forefront of all major causes affecting our community and am very well known throughout the Russian-Jewish community of New York. Throughout my long tenure as a leader and advocate I have organized in a lot of community events where I have the pleasure of meeting some amazing and special people.

I came to know Arthur Dozortsev's special family when he was a child and had the privilege of watching him grow into thoughtful and compassionate young man. Through my work within the community I met his family and the family business – Dozortsev & Sons. Over the years their company has been a steadfast supporter of the philanthropic activities I helped create and organize. Arthur's parents are incredibly caring and generous individuals and they have instilled those same values and ideals as in Arthur. His incredibly deep sense of pride and duty for his Jewish roots have steered him on a committed and dedicated path. His generosity and kindness has impacted many individuals of all generations in the most positive manner. No matter when the community has been in need, Dozortsev and Sons have always lent a helping hand.

Thank you very much.

Sincerely,

*M. Kovalyov*

Marina Kovalyov

Mr. Alex Todd

New York City, NY

January  21, 2009

Hon. Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

Dear Judge Sifton,

I am taking my time to write this heartfelt letter to you in reference to my dear friend Arthur Dozortsev.
My name is Alex Todd, and I have known Arthur from the day I was born.  Our families immigrated to
this country together in the early 1970's, and have been closer than friends since our days of being
young school children in the former Soviet Union.  Ever since the day I can remember, I have always not
only adored, respected and looked up to Arthur as a role model and friend, but also as a big brother.  I
feel very privileged to have known and grown up with Arthur as a mentor because at times that I have
needed him the most, like when my parents went through a very bad divorce at the age of 4, when I
moved to Brooklyn, NY, to live with my grandmother after living a comforting home life in Long Island,
or when I debated dropping out of high school and almost started hanging out with the wrong crowd,
Arthur was the only one there to take time and talk to me about everything going on in my life and
teach me that although life may have its hardships, taking the easy way out is never the answer. Arthur
taught me that I should never feel alone, and just take the situations that life has forced me to go
through and turn them into a positive one for myself and for my future family.

Because of Arthur's positive influence in my life and always taking his time to be there for me, I can now
proudly say that I am the president of a very lucrative private aviation company, Quintessential Jets. I
also have become a loving and supporting husband to my wife Daniella Todd, and will soon be the proud
father of a beautiful new addition to my growing family.

In closing, I would just like to say that I can never look upon Arthur as a threat to our society, but instead
as a shining, positive light upon all of us.  Arthur is a very spiritual and appreciative person who has a
sincere and honest love for life and does not take anything for granted.  I sincerely ask for you to
consider all the great things that Arthur has done, not only for me, but for all of the other people who

love and adore him and who feel lucky enough to call Arthur Dozortsev their friend. I also  ask you to consider all of the great qualities  Arthur's family instilled in him that he transfers to everyone he meets.

Thank you for taking your time to read my letter regarding my dear friend Arthur Dozortsev.

Sincerely yours,

Alex Todd
Quintessential Jets
President/ CEO

Alexandre Grant

Rego Park, New York

November 28, 2008

Honorable Charles P. Sifton
United States District Court
for the Eastern District of New York
225 Cadman Plaza,
Brooklyn, NY 11201

Re.: "United States v. Arthur Dozortsev"

Dear Judge Sifton:

My name is Alexandre Grant and I write this letter of support on behalf of defendant Arthur Dozortsev. For more than 20 years I am journalist with Russian American newspapers, magazines, Radio and TV stations in New York City covering the problems of Russian organized crime as well as events in social life of the community. My books "Ivankov Trial" and "The Time 'Che'" about the major figures of Russian immigrant's underworld were published in Moscow.

I know Dozortsev family as active supporters of American way of life on any level, from law abiding management their prosperous business to common sense understanding what is right and wrong. When I first met Arthur Dozortsev he was a teenager who impressed me with his clear and perhaps a bit naïve vision of the world around. With years to pass after he remained in my memory the same – warm hearted and ready to help anyone who needs help.

Up to my experience and expertise Arthur Dozortsev is not an evil minded culprit, but I am neither juror, nor judge to evaluate his actions, mentioned in the criminal case you are hearing. In this letter of support I just appeal to Your Honor to be just and fair, which I never doubted you are. After all Arthur is a young man and his life can go the way you will send it.

Very truly yours,

(Alexandre Grant)

*Mark Davidovich*

3173 Coney Island Ave
Brooklyn, NY 11235

November 25, 2008

Honorable Charles P.Sifton
United States District Court
For the Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

Honorable Judge Sifton

My name is Mark Davidovich. I am District Leader of our Community. I
know Arthur Dozortsev since he was a child and privilege of watching him
grow. I know his family for many years. His family has been a strong
supportive of our Community.
Arthur Dozortsev has been always a hardworking individual, family
orientad. His family always on #1 stands. His generosity and kindness has
impacted many individuals in the most positive manner. No matter what had
to be done he was always there.

Sincerely

Mark Davidovich

Entre Nous



Los Angeles, CA

Hon. Charles P. Sifton,
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201
November 17, 2008

Dear Judge Sifton,

 As a new mother and a business owner, I wanted to take the time to write a few
kind words about my dear friend, who is like a brother to me, Arthur Dozortsev.

 I have known Arthur for over 20 years and our families are friends. I have
watched him grow into the person he is, which is an incredible human being, who would
go out of his way to help people.  He is a family oriented person who never forgets his
mother's birthday and baby-sits for his nephews.

 Arthur was a key influence in my decision to acquire my business when I was
unsure of what to do.  He instilled me with the confidence I needed.  Without someone
like Arthur, myself and others that he comes into contact with would not have the ability
to have the confidence to pursue their dreams.  He is very positive and inspirational.  He
makes you want to be a better person.  He touches the heart of everyone he meets and is
very much loved from young to the elderly.

Sincerely,

Regina Feldman

Anna Lev

Sunny Isles, Florida

Honorable Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza East Brooklyn, New York 11201

November 16th, 2008

Dear Judge Sifton,

My name is Anna Lev; I am thirty-one years old.  I am a single mother of seven-year-old twins.  Though I have been living in Florida for the past three years, I grew up in New York, and I still have close ties with my family and friends that live there.  I have known Arthur Dozortsev for twenty-eight years, almost my entire life.  Our families have been friends since we were children.  Arthur has always treated me like I was a younger sister and always made me feel that I was special.  I have admired him since I was a child and have always known that he was a very special and caring person.

Since my childhood, Arthur has continued to look out for me.  As a teenager, he was there for me as well.  Arthur treated me as his equal, helped me with my homework and listened to my teenage problems when there was nobody else that I could turn to.  I always knew that I could call him at any time and he would be by my side.

As we grew to be adults we became closer with each passing year.  I continue to look to him for advice and wisdom.  Arthur is one of the most generous and kind people that I know.  Arthur helped me get through a very sad and difficult divorce, he was there when I needed him most.  My children, Katerina and Tyler adore him.  He is a wonderful role model for my son.  He shows him that a man can be a kind and spiritual person.  He gives such a sense of family and love to both of my kids that they miss without their father around.

He has been there for me through thick and thin, when I didn't have anybody to turn to and he never asked for a thing in return.  I love Arthur very much; he is an extremely important person in my life.  Not having Arthur around would be a great loss to myself and to my children.  Not having Arthur around would be a great loss to society.

Sincerely,

Anna Lev



**LANA WOLKONSKY**

**NEW YORK, NY**

November 19, 2008

Honorable Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Sifton:

   My name is Lana Wolkonsky and I am writing to you in regards to the matter pending Arthur Dozortsev. I have known Arthur for six years now in which time I have met his family and friends. I consider Arthur a very close friend of mine.

   Arthur and I have gone on various trips together overseas, as well as, in the United States. One particular trip that I will always remember is the time on a beach in St. Barth's vacationing with my family and friends. My children lost their father seven years ago to lung cancer. My son, being a small boy and the only boy in the family, never had a consistent male figure in his life. Arthur took my son and three other friends and started a football game on the beach. That day was the first time my son really learned about football and got a chance to spend time in sports with a group of nice guys. During the two week period there, Arthur continued spending quality time with my kids and it meant the world to me. He was genuine, funny and great company for us all.

   On another occasion in Spain, my mother fell down the stairs and bruised her arm, wrist and leg and was lying in the blazing sun when Arthur went immediately to her aid. He helped with bringing her ice, disinfecting wounds and remained for hours until she was slowly able to move to her bed. After this, he became like a brother to me. He has always shown great concern for others and kindness towards us as closest friends. We became like an extended family.

   When I was ill in pre-operative condition, he again extended himself surrounding me with nurturing, love, bringing food for my kids and again entertaining them during several month long periods.

- 2 -

Throughout the years, he has always been friendly, cheery and upbeat.  He is a genuine person with a kind and caring heart.  Arthur shows great compassion in his relationship with his mother and father and always provided moral support and assistance whenever needed.  He is a thoughtful, giving friend who I know will always be there for us as a family.

Sincerely,

Lana Wolkonsky



**I**ndependent
**S**chool
**S**upport
**S**ystems

Inna Kopelevich

West Hollywood, CA

Hon. Frederick Block
United States District Judge
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

March 3, 2010

Re: United States v.s. Arthur Dozortsev

Dear Judge Block,

 I wanted to take the time to write a little about Arthur Dozortsev.

I have known Arthur for over seventeen years.  I have known him in the capacity of colleague and friend.  I am an Algebra teacher to 8th graders at an inner-city school in South Los Angeles, and taught at Johnnie Cochran Middle School for over five years.

Arthur was in Los Angeles for three days at the end of February.  During his stay, he made sure to come to Johnnie Cochran MS. He spent an entire day encouraging and motivating my students to do well in their studies and in their lives. He spoke about not only how important it is to excel in school, but also emphasized the importance of continuing their education to college and beyond. Arthur was absolutely inspirational to these children, the vast majority of whom are severely underprivileged.  He spoke about being an immigrant and how he overcame so many obstacles through working hard and remaining focused. He explained that he was able to start his businesses because he excelled and graduated from a great university. He assured my students that they could achieve whatever they want to, as long as they are ambitious, have clear goals and excel. He even promised a few of them that he would help pay for their college tuition once they got accepted. Perhaps most importantly, Arthur explained that he had made poor choices, and the devastating consequences that he has endured. He stressed the importance of making the right choices in life.

Arthur is a role model to me and to those that know him. He is generous, kind and loyal. Knowing him for over seventeen years, I have witnessed him help so many people in need. He not only helps his family and close friends, but also offers his support to friends that he grew up with, and those that he is no longer as close to.

About a year ago, Arthur encouraged me to start ISSS (Independent School Support Systems), an organization that for many years I had a desire to start. This organization - http://isss-la.org was established to financially support my best students (that were accepted and those that are applying) to top private schools in Los Angeles. Arthur not only persuaded me to finally start this organization, but he has also been the sole cause of a major part of the donations to ISSS. Because of Arthur, I obtained the initial key money, which enabled me to launch ISSS. With this funding, I was able to purchase the necessary supplies – books, computers, clothes, etc…so that my excellent students will have all that they need at their competitive private schools. Currently, Arthur is working on a fundraiser for ISSS and has convinced many people of means to contribute time and much needed money to this cause. His goal is for ISSS to expand so that we will be able to provide scholarships to all eager students who wish to attend private schools. Arthur wants to be involved in changing the lives of these children, many who like him, are immigrants and face so many obstacles, so that they can travel in a positive direction.

In essence, mindful of Arthur's mistakes, I attest whole-heartedly that Arthur Dozortsev is a man of integrity. He is supportive, loyal and inspirational. He goes out of his way to help the people around him reach their potential and goals. He is loved and admired by so many people that have had the opportunity to know him.

Sincerely,
Inna Kopelevich
Johnnie Cochran Middle School, 8th grade teacher
ISSS - CEO

November 26th, 2008

Honorable Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201



**Robert Curran**
PHOTOGRAPHY

Dear Sir:

I am writing this letter of support for my dear friend Arthur Dozortsev who I've known for the last thirteen years.

My name is Robert Curran, and I am a photographer by trade living between Miami and New York. I am also an ambassador with a charitable foundation named the Happy Hearts Fund.   We help children who are victims of natural disaster by rebuilding schools and providing medical attention to them and their families.  Our work takes us to some of the most remote and inhospitable areas of the world. See Happyheartsfund.org

Arthur volunteered his time on several missions to South America and Northern Africa where we were involved in reconstruction efforts and providing emergency supplies to the hungry and homeless. Arthur proved to be a valuable part of our small team. Children gravitated towards him because of kind nature, and he worked long hours under extreme conditions often foregoing food and sleep to bring comfort and relief to those in need.

Arthur is not only is civic minded, he is a kind and generous person who puts other's needs before his own.  He is well regarded by all who know him and always bring smiles to other's faces when he enters a room.

It is unfortunate that Arthur made this mistake and is going through a particularly difficult time. But I believe that his strength and moral character will prove him as an outstanding personal contributor to our society.

I firmly believe that if anyone deserves a second chance, it is Arthur.

Best Regards

Robert Curran

248
WASHINGTON AVE.
MIAMI BEACH, FL
33139
TEL
305 532 9296
FAX
305 532 4328
E-MAIL

**Hon. Charles P. Sifton,**
**United States District Court,**
**Eastern District of New York,**
**225 Cadman Plaza East**
**Brooklyn ,New York**
**1120**1
Jan-20-2009

Dear Judge Sifton,

My name is Ian Strafford-Taylor, a citizen of Great Britain. I am writing to you with regard to Arthur Dozortsev.

Before I go into details about Arthur, I'd like to give you some background about myself.  I was born in 1960 and qualified as a Chartered Accountant in the UK, the equivalent of a CPA in the USA. From there I went to work at Morgan Stanley for 7 years and thereafter at UBS for a further 13 years where I was a Managing Director and Global Head of Securities Lending and Prime Brokerage. Since leaving UBS I am a founder and Director of a Foreign Currency business in the UK called FairFX (www.fairfx.com). I consider myself to be an upright, law abiding and God- fearing citizen.

I first met Arthur in 2002 through my fiancée, Hannah Armstrong. I had heard a lot about him

and thought that nobody could live up to that billing. I was wrong. Since that day, I have come to consider him as one of my best friends; he is like a brother to me. Arthur has a generosity of spirit and an unquenchable positivity that is extremely rare. Nothing is too much trouble for Arthur. Hand in hand with this is that I have never heard Arthur say a bad word about any other person. Arthur believes in Karma and certainly treats others as he would like to be treated himself. In turn, I have never heard anyone say anything negative about Arthur.

Wherever I have been with Arthur, he always seems to know so many people and they all greet him like the fantastic guy that he is. He really is like a beacon when he enters the room and it is impossible to even speak to him on the phone without a broad smile. However, something that speaks even more eloquently about Arthur's character is how charitable and caring he is even to people he does not know. Arthur would give his last cent to help another. I have seen him helping homeless people many times and similarly with other unfortunates. He does not look down on people; rather he has enormous empathy for them and compassion.

I have dealt with many people from many walks of life in my business and personal life. I would have

no hesitation whatsoever in stating that Arthur is a fantastic human being, loyal, generous and completely trustworthy. If Arthur has any fault it is that he is so generous in nature that he will always see the best in people and so could be swayed by people he trusted. Having worked in Banking for so long I am more cynical, but Arthur is not. It would be a great shame if such a positive character trait were one of the causes to him receiving punishment. It is a quality I admire in him greatly.

I could easily write a lengthy tome about examples of Arthur's qualities, but I hope that you can understand how much I both admire and love Arthur as a friend. I am writing to you in all honesty to plead on Arthur's behalf purely because I believe with all my soul he is worth it.

Kind Regards

Ian Strafford-Taylor
ian@fairfx.com

Suzanna Mishiev

Surfside, FL

December 15, 2008

Honorable Charles P. Sifton,
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Sifton:

My name is Suzanna Mishiev, I am a realtor in Miami, Florida, and I am writing to you today on behalf of Arthur Dozortsev. I met Arthur over 16 years ago in Brooklyn, NY, where we both grew up.

There is a very old saying, 'Show me who your friends are and I will tell you who you are'. In Arthur's case, the number of friends he has will tell you exactly who he is. I have yet to meet another person with as many friends as Arthur Dozortsev. His friends are so diverse, comprised of various backgrounds, religions, race, social status, ethnicity, age, sex and so on. This is a true testament to Arthur's personality and who he is. He treats everyone with the utmost respect and love. Whether it is a CEO of a major company or a cab driver, he has a knack for making people feel special.

One of the most endearing qualities about Arthur is his thoughtfulness. He is always thinking of others and making sure everyone is taken care of. One example is the way he is always feeding everyone. Anytime I am with Arthur he is feeding me, the doorman, the birds and the homeless. He is in the habit of going out of his way to buy meals for the hungry, bringing an extra cup of coffee and newspaper for the doorman on his way home and continuously putting a smile on people's faces with his kind words, positive energy and infectious laugh.

What intrigues me most about his behavior is that it is not only selfless but completely effortless. His kindness and generous spirit comes as natural to him as breathing. He never expects or accepts anything in return. His reward is seeing people happy. He genuinely gets excited and lights up when he puts a smile on someone's face.

The random acts of kindness that Arthur displays on a consistent basis are contagious. Watching the reactions of appreciation and gratitude from these people is deeply moving and inspires me to do more for others.

Arthur is a tremendous friend. He is always offering help and support to anyone in need. One afternoon in the spring of 2004, I had met with Arthur for lunch. At the time, I was out of a job, and felt completely lost. He was trying to help me figure out what job would suit me best. During our brainstorming, he suggested for me to meet with his father, Eugene, to possibly work with him in the Wholesale Beverage Industry as an Account Executive. Arthur is extremely family oriented and very close with his parents. The fact that he referred me to work in his family business meant a lot to me and helped boost my confidence tremendously.

I met with Eugene a few days later and shortly thereafter began work.  Working daily alongside his father, it became abundantly clear to me where Arthur had inherited his wisdom, honesty, loyalty, hard-working nature, generosity and kindness.   During the time I worked for Eugene, I can honestly say I became a better person.  The fact that Arthur was raised and influenced by this man his entire life made it clear to me how Arthur became the extraordinary person he is today.

I recently moved to Florida, however, visit New York City often.  Whenever I am in NYC, Arthur extends his home to me regardless of what he has going on at the time.  He is extremely accommodating and always makes me feel welcome.  As much as my ego would love to believe that Arthur only treats me this way, I know this is just his nature and he has an open door policy with all of his friends.

This letter does not even begin to cover all of the admirable qualities Arthur possesses.  He is one of the few people that I truly admire and look up to.  I am proud and feel very fortunate to have him in my life.  He is not just a friend to me but also a mentor.  I believe he has made me a better person by his continual demonstration of compassion and unconditional love.  He is very dear to me, and I cherish him like a brother.

I understand that Arthur Dozortsev has a case pending in your court.  I ask that you, your honor, please take into consideration all of the good that Arthur contributes to our society and grant him leniency.

Very truly yours,

Suzanna Mishiev

November 20, 2008

Honorable Judge P.Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Sifton,

My name is Gennady Katsov and I am writing this letter to support Arthur Dozortsev.
I am a producer/journalist of Russian Media Group LLC which is a most popular
national TV Station on a Russian-American market.

I have been a friend of Arthur since 1995 when I was one of the partners of Russian-
American cultural club Anyway at Lower East Side (Manhattan). As a companion in
his father's company Arthur distributed company's product to our club and we
worked and spent a lot of time together. Arthur Dozortsev is a straightforward
person whose honesty nobody ever questioned. I have never heard about business
partners being upset with him after making the joint projects.

Arthur is an honest friend, very warm and supportive person. He would be the first
one to help during hard times. With kind smile, caring words, with jokes or with
money if you are in need he will be the first one to call and to come for help. As far
as friends and pals Arthur has always been a soul of any company.

He is always willing to sacrifice his time if help is demanded or he needs to
participate in an endeavor necessary for our community. Sometimes I could hardly
understand how he managed to do everything, doing a lot of business and taking
care of his relatives and friends at the same time.

For many years I have been very close with his parents. Gennady and Lora
Dozortsev are very family oriented and deeply loved their sons. They are respected
by many people and very known in Russian-American community as high moral and
hardworking people.

Unfortunately, you have met Arthur at such hard time in his life, but respectfully, I
am asking the court to look past the issue at hand and show him compassion in the
decision you have before you.

Sincerely,

Gennady Katsov

Palisades Park, NJ
Ph. (917)

Marisa G. Quagliariello

Brooklyn, NY

Honorary Charles P. Sifton,
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

December 15, 2008

Dear Honorary Charles P. Sifton,

I am writing with regard to my friend Arthur Dozortsev.   I have known Arthur for ten years, and within those years he has displayed the utmost respect for me and our friendship. Arthur is one of the most genuine and generous people I have ever known.

He is an extremely hard-working and tenacious person; someone who has dedicated himself to a family-run and owned business for most of his adult life. The business has become widely recognized as an outcome of his commitment and devotion. I have   seen nothing less than an extreme want and willingness to share the successes of his achievements with everyone in and around his life. Not only is he generous with family and friends, but he also gives to the homeless and assists the elderly in day to day situations.

Arthur has an intense spirit for life and an incredibly positive, uplifting demeanor, and has always been a supportive and encouraging friend.  He is an extremely passionate person, one who is open and honest, and maintains a benevolent moral fiber that is not found in many.  He truly is a tremendously giving, thoughtful friend and companion, and I treasure our friendship greatly.  It is with this letter that I express my sincerest sentiments for Arthur- a true friend and humanitarian.

Sincerely,
Marisa G. Quagliariello



THE ASSEMBLY
STATE OF NEW YORK
ALBANY

ALEC BROOK-KRASNY
Assemblyman 46TH District

DISTRICT OFFICE
2823 West 12th Street, Suite 1F
Brooklyn, New York 11224
718-266-0267

brookka@assembly.state.ny.us

ALBANY OFFICE
Legislative Office Building
Albany, New York 12248
518-455-4811

COMMITTEES
Aging
Cities
Election Law
Governmental Employees
Housing
Social Services

Hon. Charles P. Sifton
United States District Court
Eastern District of New York
225 Camdan Plaza
East Brooklyn, NY  11201

July 16, 2008

Hon Charles P. Sifton;

    I am providing this letter in support of Nick and Arthur Dozortsev.  I have been a personal friend of their father Eugene Dozortsey for over twelve years and can testify to the character of these gentlemen.

    Eugene and both of his sons are men of integrity and strong moral fiber.  They are dedicated to the enrichment and well being of their community, as is illustrated through their involvement in numerous community groups and charitable events.  In addition they are successful businessmen who run The Dozortsev and Sons Georgian Wines Company which also contributes to the well being of their community.

    I would consider each of these men a valuable member of our society.  Their many accomplishments and positive contributions to the community should be considered when evaluating the situation at hand.

    I thank you in advance for your time and consideration of this matter.  Please feel free to contact me or my office should any further questions arise, (718)266-0267.

Sincerely,

Alec Brook-Krasny
Member of the Assembly



November 12, 2008

Honorable Judge P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Sifton,

My name is Steven I. Zeidenfeld and I am writing this letter to support Arthur Dozortsev.
I am a partner at Lifeforce Financial, an advance life insurance strategies firm which deals with
estate planning. I am a family man with two daughters and live in Ocean New Jersey.

I have known Arthur my entire adult life and our families go back two generations. We attended
The University of Arizona together and have stayed close friends all through the years that have
followed. At any given time I can pick up the telephone and ask my dear friend for advice on any
matter that has been troubling me whether it is in my personal life or business and he is more
than willing to listen and help. Arthur is a caring and upstanding individual and therefore has
character traits which inspire everyone around him including myself. He has supported me in
times of trouble and I intend to be there for him in return. In college he was one of the most well
respected students on campus and was loved by all that knew him. As a matter of fact, just
being associated with him brought you some type of respect. In the business world he has been
a motivation for me as well as everyone he knows.

Arthur Dozortsev is a hardworking individual who has brought his family company to new levels
of success. Like his father he is a leader and an inspiration to our community. I can say with
certainty his family, as well as I and many others would suffer a great loss without Arthur in our
lives for any given period of time. As you can gage from my statements above, Arthur Dozortsev
is deeply loved and respected by many people and has actually been an intricate part of my life
and how I choose to conduct myself. Arthur is the type of individual that drops everything when a
friend is in need of moral or even financial support.

Unfortunately, you have met Arthur at a less than desirable time in his life, but respectfully, I am
asking the court to look past the issue at hand and show him compassion in the decision you
have before you.

Sincerely

Steven I. Zeidenfeld

4000 Route 66, Suite 348, Tinton Falls, New Jersey 07753
Tel (732) 918-9600 • Fax (732) 918-9601

# *NOVIY NEW YORK * НОВЫЙ   НЬЮ-ЙОРК*

**Russian-American**
**Advertiser, Inc**

**Tel. (718) 946-0012**

**1927 Kings Highway,  Suite 3A,  Brooklyn,  NY 11229**
**E-mail: gazetanny@gmail.com**

November 27, 2008

Honorable Charles P. Sifton
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

RE:    United States vs. Arthur Dozortsev

Dear Judge Sifton:

My name is Alexander Eberlin and I am an Editor-in-Chief of the Russian-American Advertiser.  Our publication has been serving Russian-American community for over fifteen years.  Through our work, we have been privileged to acquire great friends.  One of them is the company Dozortsev and Sons.

We know Arthur Dozortsev since 1997.  We worked jointly on advertising projects. We know him as great young man, who is honest, hard working and a great son.  He comes from a loving and generous family, known for its philanthropic work.  His work ethic can make him a role model for any young person.  Whenever we needed help to organize an event we could always count on Arthur Dozortsev.

Sincerely,

Alexander Eberlin,
Editor-in-Chief

**Gueorgui Vainer**

██████████████████ Cliffside Park, NJ ████████

November 25, 2008

Honorable Charles P. Sifton

United States District Court

For the Eastern District of New York

225 Cadman Plaza

East Brooklyn, NY 11201

RE: United States v. Arthur Dozortsev

**Dear Judge Sifton,**

My name is Gueorgui Vainer. I am a writer, who has authored over twenty novels most of which have been translated into at least thirty languages and which have been published in many countries of the world, practically on all continents.  Several movies based on my novels have been released both in Russia and in the United States.

I have known the Dozortsev family for eighteen years.  They have been active sponsors of many cultural and humanitarian events.  I know that Arthur Dozortsev has always been an aspiring young businessman who always impressed me as a compassionate and understanding person.  Arthur is the kind of person who is the first to come to help of the needy, who would tirelessly work to benefit the community.

I respectfully pray that you exercise most favorable discretion in considering Arthur Dozortsev's situation.  He is a person who has been and most certainly will be a great asset to the Russian-speaking community in this country.

Thank you very much.

Sincerely,

Gueorgui Vainer

Itskovich Family
██████████████
Fort Lauderdale, Florida███
(305)███████

March 1, 2009

Re:  ARTHUR DOZORTSEV

To whom it may concern,

My name is David Itskovich.  I am an attorney, and have been licensed to practice law in Florida for nearly five years.  My wife, Karina, is a restaurateur, managing three family owned restaurants in both New York and Florida, and has most recently been nominated as "business woman of the year" by the Hollandale Beach Chamber of Commerce.

It is with great pleasure that Karina and I write this letter of recommendation for Arthur Dozortsev.  We have known Arthur for more years than we can remember, and hold him as a person of strong moral fiber and integrity.  Arthur is an honest and genuine person with an unwavering character.

Arthur's loving parents immigrated to the United States to escape religious persecution in an effort to give their children the opportunity to pursue the "American Dream."  Growing up alongside the Dorortsev family, my wife and I watched Arthur's parents instill a strong sense of work ethic and responsibility in all of their children.  Arthur can build on that foundation and no matter the challenge or obstacle, I am confident that Arthur has the resolve and tools to face them.

At some point in time, all of us may stumble along the way, however, we must recognize those individuals that can learn from those missteps and help guide them back to level ground. Arthur is an individual that my wife and I hold in high regard, and ask that you join us in helping to cultivate his tremendous potential.

Sincerely,

David Itskovich

Karina Itskovich



# "Encouragement In Christ"

### *"Be strong and courageous..."* Joshua 1:6

In my vocation as a Minister, I have counseled many inmates throughout the United States over the past 14 years. I am not easily impressed or moved by human emotion. I look for real fruit (action) from the person under my council. From convicted murders and drug felons to white-collar crime. Therefore, it is my sincere belief, that Mr. Dozotsev has a clear understanding of his wrong actions and has displayed truly, a legitimate change of mind.

I would therefore ask your Honor, to consider using Mr. Dozotsev in a more useful way then incarceration. Perhaps in a mandatory community service capacity, where he can repay his debt to society in serving his fellow man. He has admitted of losing his way. Haven't we all lost our way at some point in our lives?

If I can be a servant to the court in any way possible, perhaps in appearing before your Honor to give credible testimony. Please feel free to contact me on my private mobile number. (201)

Sincerely,

*Bruce M. Berliner*

Reverend Bruce M. Berliner

# KORDAS & MARINIS, LLP

*ATTORNEYS AT LAW*

5-47 47th Road, Third Floor

Long Island City, New York 11101-5511

NICHOLAS KORDAS                                                    (718) 392-8000

PETER MARINIS

nicholas.kordas@kandmlaw.com

peter.marinis@kandmlaw.com

November 26, 2008

Honorable Charles P. Sifton

United States District Court

Eastern District of New York

225 Cadman Plaza

East Brooklyn, New York 11201

Re:  United States v. Arthur Dozortsev

Dear Judge Sifton:

I am writing this letter on behalf of Arthur Dozortsev, who is scheduled to be sentenced before your Honor.

Please be advised that I have known Arthur for approximately eleven years, having first met him at a charity fundraiser. Over the years, we developed a friendship and often saw each other out socially, at various events and birthday celebrations. He was always good-natured and kind-hearted, and clearly loved by his friends.

During the past eight years, I have represented Arthur on various real estate transactions, as well as his parents.

Since the arrest, he has withdrawn from most social events and it is clear to me that he has realized the gravity of his acts and has worked hard to extricate and avoid any associations that may have led to his inappropriate conduct.

In my opinion, there is no reason to believe that he will ever regress nor that confinement would serve any rehabilitative purpose and I would respectfully request your Honor to consider this in sentencing Arthur.

I thank your Honor for taking the time to read this letter.

Very truly yours,

Peter Marinis



Eugene Todd

Brooklyn, NY

December 24, 2008

Hon. Charles P. Sifton,
United States District Court
Eastern District of New York
225 Cadman Plaza
East Brooklyn, NY 11201

Dear Judge Sifton,

My name is Eugene Todd. I am writing to you today representing myself, my wife Michelle and my two young children, Eric and Gabi. We know Arthur Dozortsev to be a responsible, generous, warm and good standing person.

Arthur and I have known each other since birth. Our parents emigrated from Russia together and have been friends ever since. Our friendship spans for over 35 years and is filled with love, respect and admiration towards one another.   My parents divorced when I was 14.  I was raised by my mother and never really had a close relationship with my father.  One of the things I have always admired was the strong bond Arthur has with his father. Growing up, Arthur's father was a role model and an influence in both our lives. He always advocated staying away from trouble and not taking short cuts. He is a very dedicated and hard-working man and had inspired us both to do the same.

Michelle and I have been together for over 13 years.  She too has become a close friend of Arthur's. His friendly, warm-hearted nature has always brought light and joy into our families lives.  Arthur has been a part of every important milestone - a groomsman at our wedding, at our side for our firstborn's bris and every special occasion that followed.  We receive a thoughtful card on every occasion and gifts that are sentimental and meaningful. On my 30th birthday, Arthur had given me a framed picture of us when we were kids that I keep in my office.

Eric and Gabi love spending time with Arthur.  He is fun, exciting and someone they admire. Arthur is always preaching to the kids about how fortunate they are and how different things were when we were growing up.  He makes sure they realize how hard Michelle and I work to improve their lives and to never take things for granted.  He talks about respect and how important it is to be close with one another as brother and sister.  His speeches had motivated my children to do their share.  By the end of Arthur's most recent visit to our home, Eric unloaded the dishwasher, Gabi folded the laundry and they have been alternating daily responsibilities ever since.

I consider Arthur a brother.  He has always been someone I was able to count on and has my best interest at heart.  He is a spiritual and grateful person that has a love for life and doesn't take anything for granted.  I ask for you to please consider all of Arthur's wonderful qualities and the positive influence he spreads to everyone around him.


Yours truly,

Eugene Todd

*Eugene Todd*