

U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:LDM:CSK
F. # 2008R00780

271 Cadman Plaza East
Brooklyn, New York 11201

December 13, 2013

By ECF

The Honorable Frederic Block
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Fanchini, Dozortsev, et. al.
               (CR 07-736)(FB)

Dear Judge Block:

     Pursuant to Fed. R. Crim. P. 32.2(c) (2) and all prior proceedings before the Court in this matter, the government respectfully submits the enclosed proposed Final Order of Forfeiture regarding the one loose round 2.19 carat Diamond. If the proposed order meets with the Court's approval, it is respectfully requested that it be so ordered and entered on the docket in the above-referenced case.

                                           Respectfully submitted,

                                           LORETTA E. LYNCH
                                           United States Attorney

                       By:    ___/s/_____
                               Claire S. Kedeshian
                               Assistant U.S. Attorney
                               (718) 254-6051

Enclosure